IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                                 No. CV 21-1220 LF/CG

v.

$11,480.00 IN U.S. CURRENCY,

      Defendant-in-rem.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. On December 28, 2021, the United States filed the Complaint, (Doc. 1). On January 26, 2022, the United States filed an executed warrant for the arrest-in-rem of the Defendant property. (Doc. 4). No further action has been taken to move this case forward, and more than 90 days have now elapsed. *See* D.N.M. LR-Civ. 41.1 ("A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward.").

**IT IS THEREFORE ORDERED** that on or before **June 30, 2022**, the United States shall show cause why this case should not be dismissed for want of prosecution or take the necessary action to continue prosecuting this action.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE