IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

No. CV 21-1220 LF/CG

v.

$11,480.00 IN U.S. CURRENCY,

    Defendant-in-rem.

## ORDER QUASHING SHOW CAUSE ORDER

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 5), filed June 1, 2022. The Court ordered the United States to show cause why this case should not be dismissed for want of prosecution, or take the necessary action to continue prosecuting this action. (Doc. 5 at 1). Since then, the United States has filed a notice of publication, informing the Court that the "Notice of Forfeiture was published . . . for at least 30 consecutive days beginning on January 13, 2022." (Doc. 6 at 1). The United States has also requested and been granted a Clerk's entry of default. (Doc. 7); (Doc. 9). The Court finds this to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 5), is **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE